**File Hashes for IP Address 24.1.0.48**

**ISP:** Comcast Cable
**Physical Location:** Northbrook, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/26/2013 05:37:35 | AAF3399B22D5CCA5A13D65C2B62BE2838BCEBC2C | Simply Stunning |
| 04/30/2013 16:21:11 | 36DB7D2F155C52CC554EDCAD080131775311C445 | Enchanting Real Orgasms |
| 04/26/2013 04:10:37 | 11BBD0678BDD5759E5D8BB9B0CB398ADB9A7D2E2 | The Sleepover |
| 04/26/2013 04:03:22 | A1431B13AAE51DD7514FA0CBD6597F0DD64FB80D | Bottoms Up |
| 04/20/2013 03:05:17 | BFC0CFEDEDF204DCC3DD3E99E5E0BEB4111180BF | Rose Petals |
| 04/03/2013 03:53:16 | 2980163D135A0308861CD211FA0BA8138E93CA60 | Featherlight |
| 03/15/2013 11:37:03 | 7F7E95C9487CE032751995CC58A23CC7E0B50BEF | Tuesday Morning |
| 03/15/2013 03:31:49 | 09D7C29EFFBFC541C24511FBE502A34AACFA711D | Spur of the Moment |
| 03/15/2013 02:51:29 | 3275AC7BCF3A4A75069F663ED5D84BF1D2E3882D | Unforgettable View #2 |
| 03/15/2013 00:29:05 | F689C016DF7F9CCDD02B4451A0F418C961553105 | Late for Work |
| 12/04/2012 05:46:35 | 1DD230EBB5E63E108D95F72D0CF004401FDC2680 | Prelude to Passion |
| 12/04/2012 05:43:10 | E585A9E47A98B1E13803043CCA5C10C2960874A7 | Angel Afternoon Delight |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

NIL98