**Expanded Surveillance of IP Address 24.1.0.48**

**ISP:** Comcast Cable
**Location:** Northbrook, IL

| Hit Date UTC | Filename |
|---|---|
| 06/18/2013 | ELECTROMA RAM.mp4 |
| 06/15/2013 | Side Effects 2013 1080p BRRip x264 AC3-JYK |
| 06/14/2013 | Burn Notice S07E01 New Deal 720p WEB-DL DD5.1 H.264-EbP [PublicHD] |
| 06/11/2013 | Jack Reacher 2012 720p BRRip x264 AC3-JYK |
| 06/07/2013 | A Man Apart (2003) [1080p] |
| 06/07/2013 | Star.wars.episode.4.a.new.hope.1977.1080p.Sphinctone1.mkv |
| 06/07/2013 | Star Wars Episode V The Empire Strikes Back (1980) [1080p] |
| 06/06/2013 | Daft Punk - Random Access Memories (2013) [FLAC 24.96] vinyl |
| 06/05/2013 | Daft Punk Discography (1997-2011) 24_96 Vinyl FLAC |
| 06/04/2013 | The Debt [2011] 720p BRRip H264 AC3 - CODY |
| 06/04/2013 | The.Book.of.Eli.BDRiP.MD.German.XViD-4TH |
| 06/03/2013 | End.of.Watch.2012.BluRay.1080p.DTS.x264-CHD |
| 06/02/2013 | Commando 2013 Bluray xvid 1 CD - Malayalam-Tamil |
| 06/02/2013 | Seeking Justice 2011 720p BRRip x264 vice |
| 06/02/2013 | Star Wars Episode IV A New Hope (1977) [1080p] |
| 05/30/2013 | apollo brown + oc - trophies LP |
| 05/28/2013 | Daft Punk Pharrell _Get Lucky_ SNL Ad.mp4 |
| 05/26/2013 | Queens of the Stone Age - ...Like Clockwork (2013) [FLAC] |
| 05/26/2013 | Paco de Lucia, Al Di Meola, John McLaughlin - Passion, Grace And Fire (1983) [EAC-FLAC] |
| 05/26/2013 | Camarón de la Isla (con Paco de Lucía) - Rosa María (1976) [FLAC] |
| 05/26/2013 | Searching.for.Sugar.Man.2012.720p.BRRip.x264.AC3-JYK |
| 05/26/2013 | Homework |
| 05/26/2013 | x-art_sandra_simply_beautiful_1080.mov |
| 05/25/2013 | Vampire Weekend - Modern Vampires of the City (2013) [FLAC] vinyl |
| 05/25/2013 | Giorgio Moroder - Midnight Express |
| 05/24/2013 | Rodriguez - 1970 - Cold Fact [Light in the Attic, LITA036] |
| 05/24/2013 | Rodriguez-1971-Coming From Reality (2009) |
| 05/23/2013 | Lars Bygd?n - Dream On.avi |
| 05/21/2013 | Paco De Lucia - Cositas Buenas [2003] [FLAC] |
| 05/21/2013 | Paco De Lucia - Plays Manuel De Falla |
| 05/21/2013 | Lesbian Sorority 2 (2013) [WEB-DL 1080p][WwW.LoKoTorrents.CoM] |
| 05/21/2013 | Paco de Lucia - Solo Quiero Caminar |
| 05/21/2013 | Paco de Lucia - Concierto de Aranjuez [1991] [FLAC] |
| 05/17/2013 | 2013 - Random Access Memories |
| 05/17/2013 | mshflarajohnny_720.mp4 |

EXHIBIT C

NIL98

| Hit Date UTC | Filename |
|---|---|
| 05/07/2013 | American.Gangster.UNRATED.DVDRip.XviD- DiAMOND[rarbg] |
| 05/06/2013 | Homeboy Sandman – Kool Herc Fertile Crescent (2013) |
| 05/06/2013 | 2007 – Classic Records Led Zeppelin 45 rpm Box Set (RTH 3001-45, USA, 24-96) |
| 05/06/2013 | Pearl Jam – Ten (1991) [24 bit FLAC] vinyl |
| 05/05/2013 | Real.Time.with.Bill.Maher.2013.05.03.720p.HDTV.x264-2HD [PublicHD] |
| 05/05/2013 | The Ocean (Progressive Atmospheric Sludge Math Metal) (Germany) |
| 05/04/2013 | [ www.Torrenting.com ] - HBO.Documentary.Manhunt.The.Search.for.Bin.Laden.2013.720p.HDTV.x264-NGCHD |
| 05/04/2013 | [ www.Torrenting.com ] - HBO.Documentary.Manhunt.The.Search.for.Bin.Laden.2013.HDTV.XviD-AFG |
| 05/02/2013 | The.Americans.2013.S01E13.720p.HDTV.X264-DIMENSION [PublicHD] |
| 04/30/2013 | mshflacysonny_qt.mp4 |
| 04/30/2013 | X-Art – Enchanting Real Orgasms – Caprice, Clover [1080p].mov |
| 04/30/2013 | Her.First.Lesbian.Sex.14.XXX.DVDRip.XviD |
| 04/30/2013 | X-Art.13.04.27.Anneli.And.Jessica.Technicolor.Dreams.XXX.1080p.MP4-KTR[rarbg] |
| 04/30/2013 | Real.Wife.Stories.14.Brazzers.DvDRip.2012_iyutero.com.mp4 |
| 04/30/2013 | Alaska.State.Troopers.S04E12.HDTV.x264-OMiCRON.mp4 |
| 04/30/2013 | My Slutty Weekend |
| 04/30/2013 | Alaska.State.Troopers.S04E21.HDTV.x264-OMiCRON |
| 04/30/2013 | X-Art – Melanie, Victoria – Every Mans Desire (HD 1080p).mov |
| 04/29/2013 | Alaska.State.Troopers.S04E20.HDTV.x264-OMiCRON |
| 04/27/2013 | Kavinsky – OutRun (2013) [FLAC] |
| 04/26/2013 | X-Art.13.04.11.Baby.Everlasting.Friendship.XXX.1080p.MOV-KTR[rarbg] |
| 04/26/2013 | The.Americans.2013.S01E12.720p.HDTV.X264-DIMENSION [PublicHD] |
| 04/26/2013 | X-Art – The Sleepover – Leila, Caprice, Angelica [1080p].mov |
| 04/26/2013 | Django Unchained (2012) [1080p] |
| 04/26/2013 | Aqui.No.Hay.Quien.Viva.[T3][CD1][Cap31y32][www.TodoCVCD.com] |
| 04/26/2013 | Mozart 3 |
| 04/26/2013 | Kid Cudi – Indicud (2013) [FLAC] |
| 04/26/2013 | X-Art.13.04.13.Bunny.Bottoms.Up.XXX.1080p.MP4-KTR[rarbg] |
| 04/25/2013 | WWE.Friday.Night.Smackdown.01.19.07.DSR.XviD-VNM |
| 04/25/2013 | Side Effects 2013 BRRip.XviD-STAR |
| 04/24/2013 | Django.Unchained.2012.720p.BluRay.x264-SPARKS |
| 04/20/2013 | Women.Seeking.Women.86.XXX.DVDRip.XviD-STARLETS |
| 04/20/2013 | Women.Seeking.Women.86.XXX.DVDRip.XviD-STARLETS |
| 04/20/2013 | Women.Seeking.Women.83.XXX |
| 04/20/2013 | Broken City 2013 1080p x264 ACC – alrmothe |
| 04/19/2013 | Women.Seeking.Women.90.XXX.DVDRip.x264-CHiKANi |
| 04/19/2013 | Women.Seeking.Women.89.XXX.DVDRip.x264-CHiKANi.mp4 |
| 04/19/2013 | Game Theory |
| 04/19/2013 | Women.Seeking.Women.88 |
| 04/18/2013 | The.Americans.2013.S01E11.720p.HDTV.X264-DIMENSION [PublicHD] |

EXHIBIT C

NIL98

| Hit Date  UTC | Filename |
|---|---|
| 04/18/2013 | Southland.S05E10.720p.HDTV.X264-DIMENSION [PublicHD] |
| 04/17/2013 | Southland.S05E08.1080p.WEB-DL.DD5.1.H.264-KiNGS [PublicHD] |
| 04/15/2013 | Southland.S05E01.720p.WEB-DL.DD5.1.H.264-KiNGS [PublicHD] |
| 04/15/2013 | Southland.S05E03.720p.WEB-DL.DD5.1.H.264-KiNGS [PublicHD] |
| 04/15/2013 | Southland.S05E07.1080p.WEB-DL.DD5.1.H.264-KiNGS [PublicHD] |
| 04/15/2013 | Southland.S05E03.720p.HDTV.X264-DIMENSION [PublicHD] |
| 04/15/2013 | Southland.S05E04.720p.WEB-DL.DD5.1.H.264-KiNGS [PublicHD] |
| 04/15/2013 | Southland.S05E02.720p.HDTV.X264-DIMENSION |
| 04/15/2013 | Southland.S05E08.720p.WEB-DL.DD5.1.H.264-KiNGS [PublicHD] |
| 04/15/2013 | Southland.S05E02.720p.WEB-DL.DD5.1.H.264-KiNGS [PublicHD] |
| 04/15/2013 | Southland.S05E06.720p.HDTV.X264-DIMENSION [PublicHD] |
| 04/15/2013 | Southland.S05E05.720p.HDTV.X264-DIMENSION [PublicHD] |
| 04/15/2013 | Southland.S05E09.720p.WEB-DL.DD5.1.H.264-KiNGS [PublicHD] |
| 04/14/2013 | Evil.Cuckold.4.EvilAngel.DvDRip.2012_iyutero.com |
| 04/13/2013 | Archer.2009.S04E13.720p.HDTV.x264-IMMERSE [PublicHD] |
| 04/12/2013 | How to train your dragon |
| 04/11/2013 | [ www.Torrenting.com ] - The.Americans.2013.S01E10.720p.HDTV.X264-DIMENSION |
| 04/11/2013 | ph2012-09-24_640.mp4 |
| 04/11/2013 | The.Americans.2013.S01E10.720p.HDTV.X264-DIMENSION |
| 04/05/2013 | Chicane - Thousand Mile Stare (2011) FLAC |
| 04/05/2013 | Danny Gatton - Unfinished Business |
| 04/05/2013 | Tokyo Revelation dvdandLdrip |
| 04/05/2013 | This.Is.40.(2012).R5.x264.AAC.-HAGGiS |
| 04/05/2013 | Pais do Desejo 2013 Portuguese DVDRip XViD Speed |
| 04/05/2013 | The.Americans.2013.S01E09.720p.HDTV.X264-DIMENSION [PublicHD] |
| 04/05/2013 | Archer.2009.S04E12.720p.HDTV.x264-EVOLVE [PublicHD] |
| 04/03/2013 | Lesbian.Office.Seductions.8.XXX |
| 04/03/2013 | Sandy video - Lesbian party - 2.wmv |
| 04/03/2013 | Lesbian Truth Or Dare 8 (2012) XXX DVDRip |
| 04/03/2013 | latin_mommas_2_540p_no_smoking_to_pornolab.net |
| 04/03/2013 | Lesbian Seductions #2 - Tight Young Tarts.mp4 |
| 04/03/2013 | X-Art.13.04.02.Alice.Featherlight.XXX.1080p.MP4-KTR |
| 04/03/2013 | Lesbian.Seductions.26.XXX.DVDRip.XviD-FLESHLiGHT |
| 04/03/2013 | Sandy video - Lesbian party - 1.wmv |
| 04/03/2013 | Game.of.Thrones.S03E01.720p.HDTV.x264-EVOLVE.DUAL-ANGELiC |
| 03/31/2013 | [ www.Torrenting.com ] - Archer.2009.S04E11.720p.HDTV.x264-EVOLVE |
| 03/26/2013 | Real.Time.with.Bill.Maher.2013.03.22.720p.HDTV.x264-2HD [PublicHD] |
| 03/26/2013 | The Man with the Iron Fists (2012) [1080p] |
| 03/26/2013 | Chris Potter - The Sirens (2013) [FLAC] vtwin88cube |
| 03/26/2013 | Swollen Members - Beautiful Death Machine 2013 Hip Hop 320kbps CBR MP3 [VX] |
| 03/26/2013 | Chis Potter - Concentric Circles (1994) [FLAC] vtwin88cube |

EXHIBIT C

NIL98

| Hit Date UTC | Filename |
|---|---|
| 03/26/2013 | PINK FLOYD The Dark Side Of The Moon (vinyl) FLAC |
| 03/25/2013 | Pink Floyd - The Wall |
| 03/22/2013 | The.Americans.2013.S01E08.720p.HDTV.X264-DIMENSION [PublicHD] |
| 03/21/2013 | Girls.S02E08.720p.HDTV.x264-EVOLVE [PublicHD] |
| 03/21/2013 | Workaholics.S03E20.720p.HDTV.x264-EVOLVE [PublicHD] |
| 03/21/2013 | Girls.S02E10.720p.HDTV.x264-2HD [PublicHD] |
| 03/21/2013 | Girls.S02E07.720p.HDTV.x264-EVOLVE [PublicHD] |
| 03/21/2013 | Girls.S02E09.720p.HDTV.x264-2HD [PublicHD] |
| 03/19/2013 | Girls.S02E03.720p.HDTV.x264-IMMERSE [PublicHD] |
| 03/19/2013 | Girls.S02E04.720p.HDTV.x264-EVOLVE [PublicHD] |
| 03/19/2013 | Girls.S02E05.720p.HDTV.x264-EVOLVE [PublicHD] |
| 03/19/2013 | Girls.S02E06.720p.HDTV.x264-EVOLVE [PublicHD] |
| 03/19/2013 | Girls.S02E02.720p.WEB-DL.DD5.1.H.264-KiNGS [PublicHD] |
| 03/19/2013 | Girls.S02E01.720p.WEB-DL.DD5.1.H.264-KiNGS [PublicHD] |
| 03/19/2013 | Adobe Dreamweaver CS6 12.0 build 5808 + Crack |
| 03/18/2013 | Chipmunk - London Boy (2012) |
| 03/18/2013 | Blockhead - Music By Cavelight (FLAC) |
| 03/18/2013 | Wreck-It.Ralph.2012.1080p.BluRay.x264.anoXmous |
| 03/18/2013 | The Flaming Lips - At War With the Mystics {192kHz_24bit} Vinyl Rip |
| 03/18/2013 | First.Time.Fatties.Betty.Blac.Plumper.Games.XXX.pornalized.com.avi |
| 03/18/2013 | Rufus File |
| 03/18/2013 | Children Of Men (2006) BRRip 720p Dual Audio [ Hindi-English ] {deven101} |
| 03/17/2013 | The Flaming Lips - Embryonic {192kHz_24bit} Vinyl Rip |
| 03/17/2013 | Chicane-Far_From_The_Maddening_Crowds |
| 03/17/2013 | Four Tet - There Is Love In You FLAC (2010) |
| 03/16/2013 | Archer.2009.S04E09.720p.HDTV.x264-IMMERSE [PublicHD] |
| 03/16/2013 | The Flaming Lips - In A Priest Driven Ambulance |
| 03/16/2013 | DJ Tiesto - Magik 1-7 [lossless, flac] |
| 03/16/2013 | HBO.Girls.S01.Season.1.720p.BluRay.x264-DEMAND |
| 03/15/2013 | General.Hospital.Seasone.50.Episode.17.12707.HDTV.XviD-ASAP[ettv][FR] |
| 03/15/2013 | Dfcn.Br.1080p.mkv |
| 03/15/2013 | X-Art - Tuesday Morning - Tiffany F [1080p].mov |
| 03/15/2013 | The Perks of Being a Wallflower (2012) |
| 03/15/2013 | The Flaming Lips - The Soft Bulletin (2002) [24 bit FLAC] vinyl |
| 03/15/2013 | X-Art - Unforgettable View Part II - Addison [1080p].mov |
| 03/15/2013 | x-art_kiera_seth_late_for_work_1080.mp4 |
| 03/15/2013 | The Dark Knight Rises [2012] R5 XViD-TASTE |
| 03/15/2013 | Nikos KSyloyris - 14 Xryses Epityxies |
| 03/15/2013 | Top.Guns.[720p].mkv |
| 03/15/2013 | Alexis_Crystal_A_Deep_Hole_HD1080.mp4 |
| 03/15/2013 | X-Art - Spur of the Moment - Ivy [1080p].mov |

EXHIBIT C

NIL98

| Hit Date UTC | Filename |
|---|---|
| 03/15/2013 | Killswitch Engage – As Daylight Dies (2006) – Metal [www.torrentazos.com].rar |
| 03/15/2013 | John O'Callaghan – Never Fade Away |
| 03/15/2013 | X-Art – Spilled Milk – Angelica [1080p].mov |
| 03/15/2013 | [ www.UsaBit.com ] – Zero Dark Thirty (2012) BluRay 720p x264 Ganool.mkv |
| 03/15/2013 | John Zorn – Naked City[FLAC – LOSSLESS] |
| 03/14/2013 | Demigodz – Killmatic |
| 03/14/2013 | Archer.2009.S04E08.720p.HDTV.x264-IMMERSE [PublicHD] |
| 03/14/2013 | The.Americans.2013.S01E07.720p.HDTV.X264-DIMENSION [PublicHD] |
| 03/14/2013 | Kid Cudi – A Kid Named Cudi |
| 03/14/2013 | Workaholics.S03E19.720p.HDTV.x264-EVOLVE [PublicHD] |
| 03/08/2013 | [ www.Torrenting.com ] – Archer.2009.S04E08.720p.HDTV.x264-IMMERSE |
| 03/07/2013 | [ www.Torrenting.com ] – Workaholics.S03E18.720p.HDTV.x264-IMMERSE |
| 03/07/2013 | Workaholics.S03E18.720p.HDTV.x264-IMMERSE [PublicHD] |
| 03/06/2013 | extended spirit |
| 03/05/2013 | Kak.sumasshedshij.2011.x264.BDRip.720p.mkv |
| 03/03/2013 | Archer.2009.S04E07.PROPER.720p.HDTV.x264-EVOLVE [PublicHD] |
| 03/01/2013 | A State Of Trance 2013 (Mixed By Armin van Buuren) (Inspiron) |
| 02/28/2013 | [ www.Torrenting.com ] – The.Americans.2013.S01E05.720p.HDTV.X264-DIMENSION |
| 02/28/2013 | [ www.Torrenting.com ] – Workaholics.S03E17.720p.HDTV.x264-IMMERSE |
| 02/28/2013 | Workaholics.S03E17.720p.HDTV.x264-IMMERSE [PublicHD] |
| 02/27/2013 | The Giving Tree Band |
| 02/27/2013 | Katalyst – [2002] – Manipulating Agent (flac) |
| 02/25/2013 | Argo.2012.DVDSCR.XviD-WTF |
| 02/22/2013 | Guru's Jazzmatazz – Vol.3 Streetsoul |
| 02/22/2013 | Archer.2009.S04E06.720p.HDTV.x264-EVOLVE [PublicHD] |
| 02/22/2013 | [ www.Torrenting.com ] – Suits.S02E16.720p.HDTV.x264-EVOLVE |
| 02/22/2013 | Suits.S02E15.720p.WEB-DL.DD5.1.H.264-HWD [PublicHD] |
| 02/22/2013 | Suits.S02E16.720p.HDTV.x264-EVOLVE [PublicHD] |
| 02/21/2013 | Workaholics.S03E16.720p.HDTV.x264-IMMERSE [PublicHD] |
| 02/21/2013 | The.Americans.2013.S01E04.720p.HDTV.X264-DIMENSION [PublicHD] |
| 02/18/2013 | Zero.Dark.Thirty.2012.DVDSCR.Xvid.Ac3-ADTRG |
| 02/18/2013 | Zero.Dark.Thirty.2012.DVDSCR.Xvid.AC3 |
| 02/17/2013 | Gangster Squad 2013 720p HDRip x264 AAC-SmY (SilverTorrent) |
| 02/16/2013 | Suits.S02E15.720p.HDTV.x264-IMMERSE |
| 02/16/2013 | Archer.2009.S04E05.720p.WEB-DL.DD5.1.H264-iT00NZ [PublicHD] |
| 02/14/2013 | Nicole Scherzinger – Killer Love  (Album) (2011) |
| 02/14/2013 | Porridge Series 2 |
| 02/12/2013 | [DHR][Mashiroiro Symphony][04][BIG5][480P][x264_aac].mp4 |
| 02/11/2013 | Fairhaven .2013 .TS.NeW.SOURCE.x264.AAC-UNiQUE |
| 02/11/2013 | The.Americans.S01E02.720p.WEB-DL.DD5.1.H.264-KiNGS [PublicHD] |
| 02/09/2013 | 2006 – Hip Hop is dead |

EXHIBIT C

NIL98

| Hit Date UTC | Filename |
|---|---|
| 02/09/2013 | Jazzanova – In Between |
| 02/08/2013 | Workaholics.S03E14.720p.HDTV.x264-EVOLVE [PublicHD] |
| 02/08/2013 | Archer.2009.S04E04.720p.HDTV.x264-IMMERSE [PublicHD] |
| 02/08/2013 | Suits.S02E14.720p.HDTV.x264-IMMERSE [PublicHD] |
| 02/01/2013 | Suits.S02E13.720p.HDTV.x264-EVOLVE [PublicHD] |
| 02/01/2013 | Archer.2009.S04E03.720p.HDTV.x264-EVOLVE [PublicHD] |
| 01/31/2013 | Emancipator – Dusk to Dawn (2013) [24 bit FLAC] |
| 01/31/2013 | Workaholics.S03E13.720p.HDTV.x264-EVOLVE [PublicHD] |
| 01/29/2013 | Zero.Dark.Thirty.2012.DvDScr.x264.AC3-JYK |
| 01/29/2013 | Burial (FLAC) |
| 01/25/2013 | Suits.S02E12.720p.HDTV.x264-IMMERSE [PublicHD] |
| 01/25/2013 | Archer.2009.S04E02.720p.HDTV.x264-EVOLVE [PublicHD] |
| 01/24/2013 | [ www.Speed.Cd ] - Workaholics.S03E12.720p.HDTV.x264-EVOLVE |
| 01/24/2013 | The Chronicles of Narnia – The Voyage of the Dawn Treader (2010) CD-FoxiK [KVM Release] In Films.avi |
| 01/24/2013 | Detropia.2012.LIMITED.DVDRip.XviD-GECKOS |
| 01/23/2013 | A Perfect Circle |
| 01/18/2013 | Archer.2009.S04E01.720p.HDTV.x264-IMMERSE [PublicHD] |
| 01/18/2013 | Django Unchained 2012 DVDSCR X264 AAC-P2P |
| 01/18/2013 | Suits.S02E11.720p.HDTV.x264-IMMERSE [PublicHD] |
| 01/17/2013 | Workaholics.S04E01.720p.HDTV.x264-EVOLVE [PublicHD] |
| 01/17/2013 | [ www.Speed.Cd ] - Workaholics.S04E01.720p.HDTV.x264-EVOLVE |
| 01/16/2013 | Black Star |
| 01/16/2013 | Kanye West – Studio Discography (2004-2012) [FLAC] |
| 01/15/2013 | The Lazarus Project (2008) |
| 01/15/2013 | Dinosour (2000) [1080p] |
| 01/15/2013 | Django Unchained[2012]DVD Screener-ETRG |
| 01/12/2013 | Seven.Psychopaths.2012.DVDSCR.XviD-AbSurdiTy |
| 01/12/2013 | Death Sentence (2007) |
| 01/11/2013 | Blitz (2011) [1080p] |
| 01/11/2013 | Apollo Brown and Guilty Simpson – Dice Game [iTunes] (320kbps) (2012-Album) [STumPZ-ReleaSe] |
| 01/10/2013 | VA-Armin_Van_Buuren_Universal_Religion_Chapter_Six-2CD-FLAC-2012-WRE |
| 01/07/2013 | Looper (2012) [1080p] |
| 01/07/2013 | Trouble With The Curve (2012) [1080p] |
| 01/07/2013 | The Last Airbender (2010) [1080p] |
| 01/07/2013 | Lamb of God and Burn the Priest (1999-2012) [mp3@320kbps] |
| 01/07/2013 | This Is 40 2012 DVD Screener Xvid UnKnOwN |
| 01/05/2013 | Dredd 3D 2012 DVDRip XviD-NeDiVx |
| 01/04/2013 | Portamento |
| 01/04/2013 | xxx-av.com-20687-FHD |
| 01/01/2013 | End.of.Watch.2012.BRRip.1080p.x264.AAC.SSA.MKV (EUS_XA).mkv |

EXHIBIT C

NIL98

| Hit Date  UTC | Filename |
|---|---|
| 12/31/2012 | Skyfall.DVDSCR.x264-P2P |
| 12/25/2012 | The Essential Preservation Jazz Hall Band- 2 CDs |
| 12/24/2012 | Armin Van Buuren – Universal Religion Chapter Six [ChattChitto RG] |
| 12/24/2012 | Miguel – Kaleidoscope Dream |
| 12/23/2012 | Flight.2012.DVDSCR.x264.AAC-BiGKATS |
| 12/23/2012 | Taken.2.2012.DVDRIP.XVID.AC3.5.1.HS |
| 12/22/2012 | The Idea of Beautiful |
| 12/22/2012 | The.Dead.Files.S03E09.The.Soul.Collector.HDTV.XviD-AFG |
| 12/22/2012 | Chicago.Fire.S01E10.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/20/2012 | A Fine Frenzy – Pines (2012) [FLAC] |
| 12/17/2012 | Homeland.S02E12.720p.HDTV.x264-IMMERSE [PublicHD] |
| 12/16/2012 | Burn.Notice.S06E16.720p.HDTV.x264-IMMERSE [PublicHD] |
| 12/16/2012 | VA-John_Digweed_Live_In_London-4CD-2012-WAV |
| 12/15/2012 | John Digweed – Live In Cordoba – 2012 |
| 12/14/2012 | [ www.Speed.Cd ] – Burn.Notice.S06E16.720p.HDTV.x264-IMMERSE |
| 12/14/2012 | Burn.Notice.S06E15.720p.WEB-DL.DD5.1.H264-NTb [PublicHD] |
| 12/13/2012 | [ www.Speed.Cd ] – Chicago.Fire.S01E09.720p.HDTV.X264-DIMENSION |
| 12/13/2012 | Chicago.Fire.S01E09.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/11/2012 | DJ Shadow – Reconstructed The Definitive [7 CD] (2012) FLAC mp3 |
| 12/10/2012 | Homeland S02E11 720p WEB-DL DD5.1 H.264-EbP [PublicHD] |
| 12/10/2012 | [ www.Speed.Cd ] – Homeland.S02E11.720p.WEB-DL.DD5.1.H.264-EbP |
| 12/10/2012 | Homeland.S02E11.720p.HDTV.x264-EVOLVE [PublicHD] |
| 12/09/2012 | Amy_Winehouse-At_The_BBC-CD-FLAC-2012-FLACGEMiST |
| 12/08/2012 | The Heist (Deluxe Edition) |
| 12/07/2012 | Ronald Jenkees – Days Away |
| 12/07/2012 | Burn.Notice.S06E15.720p.HDTV.x264-IMMERSE [PublicHD] |
| 12/06/2012 | channel ORANGE |
| 12/06/2012 | Sons.of.Anarchy.S05E13.720p.HDTV.x264-IMMERSE [PublicHD] |
| 12/06/2012 | Sons Of Anarchy HDTV S05E13 720p AVCHD-SC-SDH |
| 12/06/2012 | [ www.Speed.Cd ] – Sons.of.Anarchy.S05E13.720p.HDTV.x264-IMMERSE |
| 12/06/2012 | Chicago.Fire.S01E08.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/06/2012 | ATB – Sunset Beach DJ. Session 2 (2CD 2012)[FLAC] – Naftamusic |
| 12/05/2012 | Dave Seaman- Therapy Sessions VOLUME 1 |
| 12/05/2012 | [SumiSora][Sword Art Online][13][CHT CHS][SAR 720P][10bit].mkv |
| 12/05/2012 | God of the Serengeti |
| 12/05/2012 | Wiz Khalifa- O.N.I.F.C. -  (Deluxe Edition) |
| 12/04/2012 | Law.And.Order.CI.S05E04.HDTV.XviD-LOL |
| 12/04/2012 | Angel.Afternoon.Delight.XArt.2012.FullHD_iyutero.com.mov |
| 12/04/2012 | Last.Man.Standing.(2011).S02E01.Season.2.Episode.1.HDTV.x264-LOL.[VTV].mp4 |
| 12/04/2012 | sexo-xart-gianna-121127.mov |
| 12/04/2012 | [MGT]_Muv-Luv_Alternative_Total_Eclipse_06_[Vostfr][8bits-HD].mp4 |

EXHIBIT C

NIL98

| Hit Date  UTC | Filename |
|---|---|
| 12/04/2012 | Sinister 2012 BRRip XviD-TITANI |
| 12/04/2012 | Sakarya Firat 116 Blm (10.10.2012) Dvbrip x264 AC3 TDRG.mkv |
| 12/04/2012 | X-Art - Inside Perfection - Angelica [1080p].mov |
| 12/03/2012 | Homeland.S02E10.PROPER.720p.HDTV.x264-EVOLVE.mkv |
| 12/03/2012 | Homeland.S02E10.720p.HDTV.x264-IMMERSE.mkv |
| 12/03/2012 | [ www.Speed.Cd ] - Homeland.S02E10.720p.HDTV.x264-IMMERSE |
| 12/01/2012 | Christian Scott - Christian aTunde Adjua [flac] |
| 11/30/2012 | [ www.Speed.Cd ] - Burn.Notice.S06E14.720p.HDTV.x264-IMMERSE |
| 11/30/2012 | Burn Notice S06E14 720p HDTV x264-IMMERSE [PublicHD] |
| 11/29/2012 | Premium.Rush.2012.DVDRiP.XViD-PSiG |
| 11/29/2012 | The.Bourne.Legacy.2012.DVDRip.XviD-NEUTRINO (SilverTorrent) |
| 11/28/2012 | Sons of Anarchy S05E12 HDTV x264-ASAP[ettv] |
| 11/28/2012 | [ www.Speed.Cd ] - Sons.of.Anarchy.S05E12.720p.HDTV.x264-EVOLVE |
| 11/28/2012 | Sons Of Anarchy HDTV S05E12 720p AVCHD-SC-SDH |
| 11/28/2012 | Sons.of.Anarchy.S05E12.720p.HDTV.x264-EVOLVE.mkv |
| 11/28/2012 | MyGirlfriendsBustyFriend  Beverly Paige (tudy) |
| 11/26/2012 | Homeland.S02E09.720p.HDTV.x264-IMMERSE.mkv |
| 11/26/2012 | Homeland S02E09 720p HDTV x264-IMMERSE [PublicHD] |
| 11/23/2012 | Ted (2012) |
| 11/22/2012 | Chicago.Fire.S01E07.720p.HDTV.X264-DIMENSION [PublicHD] |
| 11/21/2012 | Sons.of.Anarchy.S05E11.720p.HDTV.x264-IMMERSE [PublicHD] |
| 11/21/2012 | Sons.of.Anarchy.S05E11.720p.HDTV.x264-IMMERSE.mkv |
| 11/21/2012 | Sons Of Anarchy HDTV S05E11 720p AVCHD-SC-SDH |
| 11/19/2012 | Homeland.S02E08.720p.HDTV.x264-IMMERSE [PublicHD] |
| 11/19/2012 | Homeland S02E08 720p WEB-DL DD5.1 H.264-EbP [PublicHD] |
| 11/19/2012 | [ www.Speed.Cd ] - Homeland.S02E08.720p.HDTV.x264-IMMERSE |
| 11/18/2012 | [ www.Speed.Cd ] - Real.Time.with.Bill.Maher.2012.11.16.720p.HDTV.x264-2HD |
| 11/16/2012 | Burn.Notice.S06E13.720p.HDTV.x264-IMMERSE [PublicHD] |
| 11/16/2012 | Crystal Castles - III (2012) |
| 11/16/2012 | Crystal Castles - (III) (2012) - FLAC |
| 11/16/2012 | Burn.Notice.S06E11.12.HDTV.Subtitulado.Esp.SC.avi |
| 11/16/2012 | [ www.Speed.Cd ] - Burn.Notice.S06E13.720p.HDTV.x264-IMMERSE |
| 11/16/2012 | BABY MAMMOTH - Octo Muck 2003 |
| 11/16/2012 | Deftones - Koi No Yokan (2012) [EAC-FLAC] |
| 11/16/2012 | SOUNDS FROM THE GROUND - High Rising 2006 |
| 11/15/2012 | Chicago.Fire.S01E06.720p.HDTV.X264-DIMENSION [PublicHD] |
| 11/14/2012 | Saigon - The Greatest Story Never Told - Chapter 2 - Bread and Circuses [iTunes] (320kbps) (2012-Album) [STumPZ-ReleaSe] |
| 11/14/2012 | [ www.Speed.Cd ] - Sons.of.Anarchy.S05E10.720p.HDTV.x264-IMMERSE |
| 11/12/2012 | Four Tet - Pink (2012) |
| 11/12/2012 | [ www.Speed.Cd ] - Homeland.S02E07.720p.HDTV.x264-IMMERSE |
| 11/11/2012 | Saturday.Night.Live.S38E06.Louis.C.K.720p.HDTV.x264-2HD.mkv |

EXHIBIT C

NIL98

| Hit Date UTC | Filename |
|---|---|
| 11/10/2012 | Brother Ali – Mourning In America And Dreaming In Color [2012-Album] NimitMak SilverRG |
| 11/09/2012 | [ www.Speed.Cd ] – Burn.Notice.S06E11E12.HDTV.x264-2HD |
| 11/09/2012 | Wax Tailor – Dusty Rainbow from the Dark (2012) FLAC |
| 11/08/2012 | [ www.Speed.Cd ] – Chicago.Fire.S01E05.720p.HDTV.X264-DIMENSION |
| 11/07/2012 | Sons.of.Anarchy.S05E09.720p.HDTV.x264-IMMERSE [PublicHD] |
| 11/05/2012 | Homeland.S02E06.720p.HDTV.x264-IMMERSE [PublicHD] |
| 11/05/2012 | Stolen (2012) [1080p] |
| 10/31/2012 | Chicago.Fire.S01E02.1080p.WEB-DL.DD5.1.H.264-KiNGS [PublicHD] |
| 10/31/2012 | Homeland.S02E05.720p.HDTV.x264-EVOLVE.mkv |
| 10/31/2012 | [ www.Speed.Cd ] – Sons.of.Anarchy.S05E08.720p.HDTV.x264-EVOLVE |
| 10/31/2012 | Taken 2 2012 TRUE 720p TS OWN SOURCE READNFO XviD AC3 – MATiNE |
| 10/31/2012 | Chicago.Fire.S01E03.720p.HDTV.X264-DIMENSION [PublicHD] |
| 10/31/2012 | Sons Of Anarchy HDTV S05E08 720p AVCHD-SC-SDH |
| 10/29/2012 | Homeland.S02E05.720p.HDTV.x264-EVOLVE[DDLValley] |
| 10/29/2012 | Kerstin Gier – Sapphire Blue.rar |
| 10/24/2012 | Homeland.S02E04.720p.HDTV.x264-EVOLVE [PublicHD] |
| 10/24/2012 | Sons.of.Anarchy.S05E07.720p.HDTV.x264-EVOLVE [PublicHD] |
| 10/22/2012 | Kendrick Lamar – good kid, m.A.A.d city [Deluxe] [2012] [Album+iTunes+Digital Booklet] [320kbps] [F10] |
| 10/17/2012 | Sons.of.Anarchy.S05E06.720p.HDTV.x264-EVOLVE [PublicHD] |
| 10/16/2012 | DJ Shadow – Total Breakdown Hidden Transmissions 1992-1996 (2012) |
| 10/15/2012 | Homeland.S02E03.720p.HDTV.x264-IMMERSE [PublicHD] |
| 10/12/2012 | The.Dark.Knight.Rises.2012.720P.R6.x264.LiNE-JYK |
| 10/12/2012 | The Avengers (2012) [1080p] |
| 10/10/2012 | Sons.of.Anarchy.S05E05.720p.HDTV.x264-EVOLVE [PublicHD] |
| 10/08/2012 | Homeland.S02E02.720p.HDTV.x264-EVOLVE [PublicHD] |
| 10/04/2012 | Louie.S03E13.720p.HDTV.X264-DIMENSION [PublicHD] |
| 10/03/2012 | Homeland.S02E01.720p.WEB-DL.DD5.1.H.264-DON [PublicHD] |
| 10/03/2012 | Sons.of.Anarchy.S05E04.720p.HDTV.x264-EVOLVE [PublicHD] |
| 09/26/2012 | Curb Your Enthusiasm DVD Boxset + Extras Season 1, 2, 3, 4, 5, 6 and 7 DVDRip |
| 09/26/2012 | Sons.of.Anarchy.S05E03.720p.HDTV.x264-IMMERSE [PublicHD] |
| 09/25/2012 | Contraption Vol II |
| 09/25/2012 | Louie.S03E12.720p.HDTV.X264-DIMENSION [PublicHD] |
| 09/25/2012 | The Killers – Battle Born (2012) [FLAC] |
| 09/25/2012 | Deadmau5 – Album Title Goes Here (2012) FLAC |

EXHIBIT C

NIL98