# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 1:13-cv-04968 |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 24.1.0.48 ) | |
| ) | |
| Defendant. ) | |

## STATUS REPORT

On August 15, 2013, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Comcast Cable, to obtain the Defendant's true identity. Plaintiff effectuated service of the subpoena on August 19, 2013 and expects Comcast to respond by October 4, 2013.

Dated: September 10, 2013

Respectfully submitted,

SCHULZ LAW, P.C.

By:  /s/ *Mary K. Schulz*
Mary K. Schulz, Esq.
1144 E. State Street, Suite A260
Geneva, Il 60134
Tel: (224) 535-9510
Fax: (224) 535-9501
Email: schulzlaw@me.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Mary K. Schulz*