# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that, pursuant to the Executive Committee Order entered on November 5, 2013, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Andrea R. Wood, therefore

IT IS HEREBY ORDERED that the attached list of 300 cases be reassigned to the Honorable Andrea R. Wood.

IT IS FURTHER ORDERED that this order shall become effective on Tuesday, November 19, 2013

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this _____ day of November, 2013

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Marvin E. Aspen

| | |
|---|---|
| 12-cv-05712 | Johnson v. Carter, et al. |
| 12-cv-10236 | Washington v. Atchison |
| 13-cv-03383 | Pasternak, et al. v. Village of Dolton |
| 13-cv-05308 | Dolemba v. Northland Group, Inc |
| 13-cv-06656 | Equal Employment Opportunity Commission v. Rosebud Restaurants, Inc., et al. |
| 13-cv-07459 | Clover Technologies Group, LLC v. Sims, et al. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Elaine E. Bucklo

| | |
|---|---|
| 11-cv-01922 | DeBias v. Jones, et al. |
| 12-cv-02377 | Leuzzi, et al. v. Landscape Structures, Inc. |
| 12-cv-05490 | Whiteamire Clinic, P.A., Inc. v. Quill Corporation, et al. |
| 12-cv-09618 | Scanlon v. United States of America, et al. |
| 13-cv-01119 | Bobbitt v. Chicago Police Department, et al. |
| 13-cv-02714 | Deutsche Bank National Trust Company v. Verhagen, et al. |
| 13-cv-03088 | Scottsdale Insurance Company v. City of Waukegan, et al. |
| 13-cv-04581 | Custom Transport, Inc. v. Synergy Transportation Systems, Inc. |
| 13-cv-05071 | Rowell v. Village of Dolton, et al. |
| 13-cv-05751 | Arguijo v. United States Citizenship & Immigration Services, et al. |
| 13-cv-07310 | Kim v. Sake Blu, Inc., et al. |
| 13-cv-07604 | Debenedetto v. Salas, et al. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Rubén Castillo

| | |
|---|---|
| 12-cv-08327 | Barr v. Kachiroubas, et al. |
| 13-cv-01697 | Clover Technologies Group, LLC v. Oxford Aviation, Inc., et al. |
| 13-cv-03111 | Laster v. Reyes, et al. |
| 13-cv-04307 | Equal Employment Opportunity Commission v. DolGenCorp LLC |
| 13-cv-06301 | Dunlap v. Sims, et al. |
| 13-cv-06975 | Pantoja v. Midland Credit Management, Inc., et al. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Judge-Designate Andrea R. Wood from the Hon. Edmond E. Chang

| | |
|---|---|
| 08-cv-01110 | Saso Golf, Inc. v. Nike, Inc. |
| 11-cv-02518 | Doe v. Society of the Missionaries of the Sacred Heart, et al. |
| 12-cv-01544 | Segerberg, et al. v. Pipe Fitters Welfare Fund, Local 597 |
| 12-cv-05274 | Nehan v. Jones, et al. |
| 12-cv-09902 | Morrison v. Cook County Sheriff |
| 13-cv-01588 | Alvarez v. Total Insulation, Inc. |
| 13-cv-03183 | Filetti, III v. Experian Information Solutions, Inc. |
| 13-cv-05040 | Baptiste v. Kane County Teachers Credit Union, et al. |
| 13-cv-05976 | Clay v. Cook County, et al. |
| 13-cv-06446 | Moore v. Escallate, LLC. |
| 13-cv-07199 | Varghese v. National Railroad Passenger Corporation, et al. |
| 13-cv-07656 | Borz, et al. v. Napolitano, et al. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Sharon Johnson Coleman

| | |
|---|---|
| 08-cv-03613 | Lambert v. Jamison, et al. |
| 11-cv-02679 | Singer v. Progressive Care, SC, et al. |
| 12-cv-00155 | Stallings v. Bailey |
| 12-cv-05198 | FDIC v. Chicago Title Insurance Company, et al. |
| 12-cv-07841 | Henderson v. Astrue |
| 13-cv-00238 | Higgins v. Atchison, et al. |
| 13-cv-01915 | Muhammad v. Aurora Loan Services, LLC, et al. |
| 13-cv-02464 | Zurawski v. Chicago Transit Authority |
| 13-cv-04398 | OPS3 LLC, et al. v. American Chartered Bank |
| 13-cv-05345 | Allen v. Merchant |
| 13-cv-06077 | Garrett v. Ninos Lazar, d/b/a Select Dental, Inc., et al. |
| 13-cv-06887 | Johnson v. City of Rockford, et al. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. John W. Darrah

| | |
|---|---|
| 11-cv-05146 | Chicago Carpenters Pension Fund, et al. v. Joyce Installations Company |
| 12-cv-00403 | Fisher v. Fapso |
| 12-cv-04299 | U.S. Bank, NA v. Murphy, et al. |
| 12-cv-06854 | Poff v. United States of America |
| 12-cv-08617 | In Re Barnes and Noble Pin Pad Litigation |
| | 12-cv-08633   Winstead v. Barnes & Noble, Inc. |
| | 12-cv-08799   R. Clutts, et al. v. Barnes & Noble |
| | 13-cv-01511   Dieffenbach v. Barnes & Noble, Inc. |
| 12-cv-09714 | Beley, et al. v. City of Chicago |
| 13-cv-00613 | Arnold v. Graffia, et al. |
| 13-cv-01724 | Zambezia Film Pty Ltd. v. Does 1-56 |
| 13-cv-02960 | Donaldson, et al. v. Sakas, et al. |
| 13-cv-04091 | US Bank National Association v. Brown, et al. |
| 13-cv-07048 | Laborers Pension and Welfare Department, et al. v. Forty 7 Construction, Inc. |
| 13-cv-07651 | Vessal v. Chase Bank USA, N.A., et al. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Samuel Der-Yeghiayan

| | |
|---|---|
| 12-cv-05545 | Sandoval, et al. v. United States Department of the Army |
| 12-cv-08523 | M.H. v. Monreal, et al. |
| 13-cv-00231 | Redus v. Illinois Bell Telephone Company |
| 13-cv-01804 | Hall v. TuneUp Corporation |
| 13-cv-02391 | Universal Dyeing & Printing, Inc. v. Sears Holding Corporation, et al. |
| 13-cv-03635 | Sauber, et al. v. Professional Bull Riders, Inc. |
| 13-cv-04244 | Cabaniss v. Colvin |
| 13-cv-05728 | Nazifi v. Colvin |
| 13-cv-06123 | J&J Sports Productions, Inc. v. Killerman, et al. |
| 13-cv-06667 | TCYK, LLC v. Doe |
| 13-cv-07006 | Janikowski v. CCDOC, et al. |
| 13-cv-07566 | People of the State of Illinois v. Washington |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Robert M. Dow, Jr

| | |
|---|---|
| 09-cv-06595 | Carroll, et al. v. Atlas, et al. |
| 11-cv-00089 | Fandel v. Frost Lighting Company of Illinois, Inc. |
| 11-cv-08563 | Tolliver v. Chicago, et al. |
| 12-cv-03608 | McDaniels v. Vivanco, et al. |
| 12-cv-06436 | Groen v. Nelms, et al. |
| 12-cv-06883 | Clinton Police and Fire Retirement System v. Nelms, et al. |
| 12-cv-08485 | Nelson v. Intercontinental Hotels Group Operating Corp., et al. |
| 13-cv-02430 | Perkins, et al. v. Cook County, et al. |
| 13-cv-03640 | US Foods, Inc. v. Noble, et al. |
| 13-cv-04749 | Vazquez v. J.P. Morgan Chase Bank National Association, et al. |
| 13-cv-05814 | Luellen v. Dart, et al. |
| 13-cv-06718 | U.S. Bank National Association v. Jones, et al. |
| 13-cv-07320 | Winstead v. Colvin |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Thomas M. Durkin

| | |
|---|---|
| 09-cv-05837 | Knebelsberger, et al. v. Village of Bellwood, et al. |
| 11-cv-06641 | King v. Allstate Insurance Company |
| 12-cv-02511 | Libertarian Party of Illinois, et al. v. Illinois State Board of Elections, et al. |
| 12-cv-05757 | Lagunas v. HMS Host, et al. |
| 12-cv-07360 | Thomas, et al. v. Asset Acceptance, LLC |
| 12-cv-09335 | Chicago Carpenters Pension Fund, et al. v. Ruane Construction, Inc. |
| 13-cv-01441 | Hardwell v. PQ Corporation |
| 13-cv-02839 | Johnson v. United States of America |
| 13-cv-04098 | Johnson v. City of Chicago |
| 13-cv-05599 | Central States Pension Fund, et al. v. Kopplin & Kinas Co., Inc., et al. |
| 13-cv-06603 | Raghuwanshi v. Rabah |
| 13-cv-07536 | Rice v. Midland Funding LLC |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Judge-Designate Andrea R. Wood from the Hon. Gary Feinerman

| | |
|---|---|
| 10-cv-07489 | Taylor v. Ott |
| 12-cv-04084 | Central States Pension Fund, et al. v. Wingra Redi-Mix, Inc. |
| 12-cv-04646 | Paloian v. Fifth Third Bank, et al. |
| 12-cv-07215 | PNC Bank v. 1150 Management Company, LLC, et al.. |
| 12-cv-09288 | Sroga v. City of Chicago, et al. |
| 13-cv-00841 | Mitter v. Dupage County, et al. |
| 13-cv-02198 | Laborers Pension Fund, et al. v. Dynamic Wrecking & Excavation, Inc. |
| 13-cv-03749 | Thomas v. Lemke, et al. |
| 13-cv-04968 | Malibu Media LLC v. Doe |
| 13-cv-06070 | U.S. Bank National Association v. Goldstein, et al. |
| 13-cv-06845 | Williams v. Kane County Court Services, et al. |
| 13-cv-07423 | Gonzalez v. Milin, et al. |

Primary List of Cases to be Reassigned to the Initial Calendar of
Judge-Designate Andrea R. Wood from the Hon. Robert W. Gettleman

| | |
|---|---|
| 10-cv-07346 | Wallace, et al. vs. United States of America |
| 12-cv-01376 | Mata v. Achison , et al. |
| 12-cv-01859 | General Association of Regular Baptist Churches v. Scott, et al. |
| 12-cv-04691 | National Immigrant Justice Center v. United States Department of Justice |
| 12-cv-08618 | Bayer, et al. v. Comcast Cable Communications, LLC |
| 13-cv-01270 | Houston Casualty Company v. Professional National Title Network Inc., et al. |
| 13-cv-03058 | Calderon v. Northeast Illinois Regional Commuter Railroad Corporation |
| 13-cv-04087 | Rosenbloom v. Barclays Bank PLC |
| 13-cv-04868 | Brown v. AEP Industries, et al. |
| 13-cv-06283 | Ocampo v. Remedial Environmental Manpower, Inc., et al. |
| 13-cv-06789 | Vaughan v. Keating, et al. |
| 13-cv-07182 | Will County Carpenters Pension Fund, et al. v. Casework Systems Installations |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Joan B. Gottschall

| | |
|---|---|
| 10-cv-03447 | Zeller, et al. v. Wal-Mart Stores, Inc. |
| 12-cv-04110 | McFadden v. Kubik, et al. |
| 12-cv-09819 | Kelly vs. Exact Software North America LLC |
| 13-cv-02485 | Innovative Sports Management, Inc. v. Pleszka, et al. |
| 13-cv-04989 | Chicago Carpenters Pension Fund, et al. v. Systex Inc., et al. |
| 13-cv-06786 | Ford v. Garrett Evangelical Theological Seminary |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Ronald A. Guzman

| | |
|---|---|
| 11-cv-06289 | Fellowes, Inc. v. Fellowes Business Machines (Changzhou) Co., Ltd. |
| 11-cv-08698 | Lemancik v. American Airlines, Inc. |
| 12-cv-08571 | Walker v. Weatherspoon, et al. |
| 13-cv-00855 | Wells Fargo Bank, National Association v. Burns, et al. |
| 13-cv-02829 | Harrington v. Cook County, et al. |
| 13-cv-03747 | Clark v. Doe #1, et al. |
| 13-cv-04361 | Allen v. Rashkow, et al. |
| 13-cv-04978 | Malibu Media LLC v. Doe |
| 13-cv-05829 | DISH Network L.L.C., et al. v. Williams |
| 13-cv-06855 | Friedman v. Successories.com, LLC, et al. |
| 13-cv-07329 | Craig v. Doe |
| 13-cv-07410 | Traffic Tech, Inc. v. Imperial Eagle Express, Inc. |

List of Cases to be Reassigned to the Initial Calendar of
Judge-Designate Andrea R. Wood from the Hon. James F. Holderman

| | |
|---|---|
| 10-cv-07950 | Caputo-Petrishe, et al. v. Village of Oak Lawn, et al. |
| 12-cv-00014 | Negron v. Hardy, et al. |
| 12-cv-06763 | U.S. Commodity Futures Trading Commission v. Newell, et al. |
| 13-cv-01371 | Teachout v. Shinseki |
| 13-cv-03409 | Brown v. Dart, et al. |
| 13-cv-04577 | Jensen v. AFNI, Inc. |
| 13-cv-05216 | Scheffler, et al. v. Bennett Law, PLLC |
| 13-cv-05863 | 21st Century Dental Care, LLC v. Sentinel Insurance Company, Ltd., et. al. |
| 13-cv-06384 | Central States Pension Fund, et al. v. Hassler Trucking Service, Inc. |
| 13-cv-06873 | Gray v. Colvin |
| 13-cv-07105 | Russ v. Direct Energy Services, LLC, et al. |
| 13-cv-07443 | U.S. Bank National Association v. Epps, et al. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Virginia M. Kendall

| | |
|---|---|
| 12-cv-02807 | Bennet v. C.H. Robinson Company, et al. |
| 12-cv-03835 | Stewart v. Cook County Jail, et al. |
| 12-cv-06814 | Intercon Solutions, Inc. v. Basel Action Network, et al. |
| 12-cv-07023 | Smith v. J.C. Christensen & Associates, Inc., et al. |
| 13-cv-00690 | Deutsche Bank National Trust Company v. Paul, et al. |
| 13-cv-02304 | Bell v. City of Chicago, et al. |
| 13-cv-03090 | Allizon Brooks vs City of Chicago, et al. |
| 13-cv-03999 | Ramirez v. Ocwen Loan Servicing, LLC |
| 13-cv-05202 | First Merit Bank, N.A. v. David Dziedzic, et al. |
| 13-cv-05923 | Homatas v. Chandler, et al. |
| 13-cv-06713 | Hagenbuch v. Toyota Motor Sales USA, Inc. |
| 13-cv-07280 | Bridgeport Pain Control Center, Ltd. v. Erchonia Corporation, et al. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Matthew F. Kennelly

| | |
|---|---|
| 11-cv-05216 | Kyles v. Williams, et al. |
| 12-cv-01713 | Blakemore v. Dart |
| 12-cv-06438 | PNC Bank v. Chicago Title and Trust |
| 12-cv-09225 | Johnson v. Perez, et al. |
| 13-cv-00190 | Morris v. Dart, et al. |
| 13-cv-02162 | Riley v. Gaetz |
| 13-cv-03809 | Neil v. Kovitz Shifrin Nesbit |
| 13-cv-04805 | Heyer v. Bank of America, et al. |
| 13-cv-05608 | Heard v. Frasure, et al. |
| 13-cv-06342 | Card Verification Solutions, LLC v. Wells Fargo & Co. |
| 13-cv-07016 | Hachmon Foreclosures, Inc. v. Deutsche Bank National Trust Company |
| 13-cv-07469 | Zahran v. GBC Funding LLC, et al. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Charles P. Kocoras

| | |
|---|---|
| 11-cv-03440 | Gilard v. City of Chicago, et al. |
| 12-cv-08009 | Chicago Carpenters Pension Fund, et al. v. DuPage Overhead Garage Doors, Inc. |
| 13-cv-02041 | Luera v. Godinez, et al. |
| 13-cv-04669 | Cambridge Mutual Fire Insurance Company v. Kale Realty, LLC, et al. |
| 13-cv-05978 | Degrado v. Carter, et al. |
| 13-cv-07164 | Coach, Inc., et al. v. Vesun Fashion, Inc., et al. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. John Z. Lee

| | |
|---|---|
| 10-cv-06825 | Corcoran v. City of Chicago |
| 11-cv-06456 | Santeler v. United States of America |
| 12-cv-01005 | ASC Insulation, Fireproofing and Supplies Inc. v. Laborers Union Local 582 |
| 12-cv-05938 | Wright v. LaSalle County Jail, et al. |
| 12-cv-08594 | Johnson, et al. v. City of Chicago |
| 13-cv-00300 | El v. Redmon's Towing |
| 13-cv-02269 | Cross v. City of Chicago, et al. |
| 13-cv-03701 | Kelly v. Department of Human Services - Shapiro |
| 13-cv-04773 | Medefil, Inc., et al. v. Scientific Protein Laboratories LLC, et al. |
| 13-cv-05716 | Lugo-Villalobos v. Chicago, et al. |
| 13-cv-06582 | Rice v. Nussbaum Transportation Services, Inc. |
| 13-cv-07509 | Glazer v. Arneson |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Joan Humphrey Lefkow

| | | |
|---|---|---|
| 11-cv-03139 | Ayala v. Hardy, et al. | |
| 12-cv-01885 | Flava Works, Inc v. Rossi | |
| 12-cv-02507 | Monturano v. Lefkofsky, et al. | |
| | 12-cv-2682 | Wong v. Mason, et al. |
| | 12-cv-3217 | Potter v. Mason, et al |
| | 12-cv-3412 | Martin v. Mason, et al. |
| | 12-cv-3792 | Tipnis v. Mason, et al. |
| | 12-cv-3667 | Lutz v. Mason, et al. |
| 12-cv-08443 | Burton v. Ghosh, et al. | |
| 13-cv-02635 | Carlson, et al. v. Northrop Grumman Severance Plan, et al. | |
| 13-cv-05395 | Novak v. Colvin | |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Harry D. Leinenweber

| Case Number | Case Name |
|---|---|
| 10-cv-04857 | Laborers Pension Fund, et al. v. Patching People Inc., et al. |
| 11-cv-06472 | Joao Bock Transaction Systems v. First National Bank, et al. |
| 12-cv-03288 | Negron v. Village of Melrose Park, et al. |
| 12-cv-06801 | HSBC Bank USA, National Association v. Davis |
| 12-cv-09357 | Ceilings Construction Assoc. v. Assoc. of the Wall and Ceiling Industry |
| 13-cv-00769 | Burton v. Illinois Central Railroad Company |
| 13-cv-02150 | Jaburek v. LaHood |
| 13-cv-03665 | Member Select Insurance Company v. Electrolux North America, Inc. |
| 13-cv-04562 | Johnson v. City of Chicago, et al. |
| 13-cv-05746 | Boyce v. Obaisi, M.D., et al. |
| 13-cv-06563 | Niemczewska v. Fidelity Information Corporation |
| 13-cv-07387 | Pitra v. RRCA Accounts Management, Inc. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Charles R. Norgle

| Case Number | Case Name |
|---|---|
| 10-cv-04679 | Chatman v. Morgan Lewis and Bockius, LLP |
| 11-cv-05682 | Parker v. EMC Mortgage LLC, et al. |
| 12-cv-01677 | John v. Hazel Crest School District No. 152.5, et al. |
| 12-cv-05613 | Harris, et al. v. Koll, et al. |
| 12-cv-08597 | Chenault v. Bank of America, et al. |
| 13-cv-00206 | Garcia v. North Chicago Community Unit School District 187 |
| 13-cv-02133 | Wiatr v. Landers House Condominium Association, et al. |
| 13-cv-03329 | Garbis v. Target Corporation |
| 13-cv-04257 | Levita v. United Airlines Corporation, et al. |
| 13-cv-05534 | Hughes v. The Portillo Restaurant Group |
| 13-cv-06587 | United States of America v. Funds in the Amount of $74,100 |
| 13-cv-07247 | Khattab v. Convergent Healthcare Recoveries, Inc |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Rebecca R. Pallmeyer

| | |
|---|---|
| 11-cv-01651 | Allen v. Wheels, Inc., et al. |
| 11-cv-04455 | Cooper v. Stateville C.C. Health Care, et al. |
| 12-cv-04532 | Bilik v. Hardy, et al. |
|    12-cv-06325 | Bilik v. Hardy, et al. |
|    13-cv-04883 | Bilik v. Greene, et al. |
|    13-cv-07548 | Bilik v. County of Cook, et al. |
|    13-cv-01432 | Bilik v. Hardy, et al. |
| 12-cv-08167 | Gonzalez v. O'Leary, et al. |
|    13-cv-01467 | Gonzalez v. Disera |
|    13-cv-07240 | Gonzalez, et al. v. O'Leary, et al. |
| 12-cv-10090 | Walgreen Co. v. Networks - USA XVII Inc. |
| 13-cv-02127 | Wells Fargo Bank, National Association v. Dolce, et al. |
| 13-cv-02461 | Ahmed v. Napolitano |
| 13-cv-03503 | HSBC Bank USA, National Association v. Jabeen, et al. |
| 13-cv-04684 | Doorneweerd v. Advanced Heart Group |
| 13-cv-05764 | Walsh v. Will County Adult Detention Facility, et al. |
| 13-cv-06645 | Smith v. Stonebridge Life Insurance Company, et al. |
| 13-cv-07293 | Nationwide Mutual Insurance Company, et al. v. Powertrain Products, Inc., et al. |


List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Milton I. Shadur

| | |
|---|---|
| 10-cv-03770 | Miller UK Ltd., et al. v. Caterpillar, Inc. |
| 11-cv-04885 | Hanna v. City of Chicago |
| 12-cv-01137 | MacFarlan v. Board of Education School District 65 |
| 12-cv-05305 | O'Bryan v. Postrack Technologies, Inc., et al. |
| 12-cv-09309 | American Family Insurance Company v. Electrolux Home Products, Inc. |
| 13-cv-01259 | Myszka v. National Collegiate Scouting Association, Inc. |
| 13-cv-02241 | Constellation NewEnergy, Inc. v. 4220 Kildare LLC |
| 13-cv-03325 | J&J Sports Productions, Inc. v. Maziarz, et al. |
| 13-cv-04812 | Methode Electronics, Inc. v. Weng |
| 13-cv-06010 | Flores v. Trans Union, LLC |
| 13-cv-07068 | Wells Fargo Bank v. Pinckney, et al. |
| 13-cv-07571 | LaPorta v. Beers, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge-Designate Andrea R. Wood from the Hon. Amy J. St. Eve

| | |
|---|---|
| 12-cv-01198 | Pinpoint Incorporated v. Staples, Inc. |
| 12-cv-06756 | Triune Health Group, Inc., et al. v. U.S. Dept. of Health & Human Services, et al. |
| 12-cv-09533 | FirstMerit Bank, N.A. v. 525 Homer, LLC, et al. |
| 13-cv-01100 | Castro v. City of Chicago, et al. |
| 13-cv-02246 | FDIC v. Pantazelos, et al. |
| 13-cv-03359 | Serna v. Sears, et al. |
| 13-cv-04708 | Cox, et al. v. Gillenwater, et al. |
| 13-cv-05120 | Landmark American Ins. Co. v. Sandona Corporation and Brothers Lounge, et al |
| 13-cv-05818 | Lavery v. Radio Shack Corporation |
| 13-cv-06478 | Advansoft International Inc. v. Holder, et al. |
| 13-cv-07171 | Evans v. Godinez, et al. |
| 13-cv-07589 | Castro, et al. v. Bank of America |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. John J. Tharp, Jr.

| | |
|---|---|
| 07-cv-01616 | Clark, et al. v. Chicago Police Officers John Doe 1-3 |
| 07-cv-05251 | Gonzalez v. City of Chicago, et al. |
| 10-cv-07097 | Johnsen v. Village of Rosemont, Illinois, et al. |
| 11-cv-07923 | Davis, et al. v. Packer Engineering, Inc., et al. |
| 12-cv-01095 | Yapp v. Astellas Pharma US Inc., et al. |
| 12-cv-05158 | Parnell v. J. C. Penney Corporation, Inc. |
| 12-cv-09180 | Lee v. Chicago Transit Authority |
| 12-cv-10234 | Perry v. Yurkovich, et al. |
| 13-cv-01856 | Taylor v. Cook County Sheriff's Office, et al. |
| 13-cv-06512 | Taylor v. Cook County Sheriff's Office, et al. |
| 13-cv-03851 | Coppage v. Rodriguez, et al. |
| 13-cv-05881 | Novotny v. Plexus Inc., et al. |
| 13-cv-06096 | Oses v. CoreLogic SafeRent LLC |
| 13-cv-06839 | Tate v. American Association of Endodontists, et al. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. James B. Zagel

| | |
|---|---|
| 08-cv-04492 | Yano v. City Colleges of Chicago, et al. |
| 10-cv-06656 | Padron, et al. v. Wal-Mart Stores, Inc. |
| | 12-cv-08089   Padron v. Wal-mart Stores, Inc. |
| 11-cv-05418 | Delgado v. Hardy, et al. |
| 12-cv-01072 | Clark v. AAR Corp., et al. |
| 12-cv-05746 | Charvat v. Travel Services, et al. |
| 12-cv-07681 | Jackson v. DS Express, Inc., et al. |
| 12-cv-09649 | Lopera v. Receivable Management Services Corporation, et al. |
| 13-cv-00532 | Chicago Painters Pension Fund, et al. v. Rock-It Interiors, Inc. |
| 13-cv-01907 | US Bank National Association v. Allen, et al. |
| 13-cv-05285 | Brooks v. Thomas, et al. |
| 13-cv-06172 | Glaziers Local 27 Pension Funds v. Architectural Glass |
| 13-cv-07021 | Argudin v. Haworth, et al. |